| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  ROBERTS, RICHARD W. | 2. Court or Organization  U.S. DISTRICT COURT, D.D.C | 3. Date of Report  10/3/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |

| 7. Chambers or Office Address  U.S. DISTRICT COURT  333 CONSTITUTION AVE. NW  WASHINGTON, DC 20001 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of attorney | Individual #1 |
| 2. Director | Council for Court Excellence |
| 3. Director | ▓▓▓▓▓▓▓▓▓▓▓▓ |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 10/3/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SPRINT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | MAR. 23-24 | NEW YORK, NY | DINNER HONORING FEDERAL JUDICIARY | TRANSPORTATION. MEALS AND LODGING PROVIDED. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | William Martin | Two WBA banquet tickets | $350.00 |
| 2. | Just The Beginning Foundation | Biennial judges' conference in Chicago | $762.66 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, RICHARD W.** | 10/3/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION | B | Interest | N | T | | | | | |
| 2. CITIBANK ACCOUNTS | A | Interest | N | T | | | | | |
| 3. DELHAZE AMERICA COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. SMALL CLAIMS JUDGMENT AGAINST JOHN BOWEN | | None | J | T | | | | | |
| 5. SPRINT 401(K) (FIDELITY) | | | | | | | | | |
| 6. -NTGI S&P500 | | None | L | T | Sold | 5/18/12 | J | A | |
| 7. -NT Russell 2000 | | None | K | T | | | | | |
| 8. -NTGI SH Term Investment | A | Dividend | L | T | Buy | 5/18/12 | L | | |
| 9. -Sprint Stock | | None | J | T | | | | | |
| 10. -Harbor Mid Cap Growth | | None | K | T | | | | | |
| 11. -GMO Global Eq Allocation | A | Dividend | K | T | | | | | |
| 12. -PIMCO SEP MGD Account | A | Dividend | K | T | | | | | |
| 13. FEDERATED CAPITAL RESERVES | | None | J | T | | | | | |
| 14. NUVEEN MULTI-STRATEGY + INC. | A | Dividend | J | T | | | | | |
| 15. SPRINT EMPLOYEE STOCK OPTIONS | | None | P1 | T | | | | | |
| 16. SPRINT AND CENTURY LINK STOCK & RESTRICTED STOCK | | None | N | T | | | | | |
| 17. WELLS FARGO ESTATE #2 ACCOUNT | | None | | | Closed | 1/11/12 | J | A | Heirs |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 10/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO ACCOUNTS #3 | B | Interest | L | T | | | | | |
| 19. CAPITAL WORLD GR+INC. FUND (JL) | A | Dividend | J | T | | | | | |
| 20. WASHINGTON MUT. INVR. FND (JL) | A | Dividend | J | T | | | | | |
| 21. EUROPACIFIC GR. FUND (JL) | A | Dividend | J | T | | | | | |
| 22. EUROPACIFIC GROWTH FUND (RJ IRA) | A | Dividend | K | T | | | | | |
| 23. FIDELITY ADVISOR NEW INSIGHTS (RJ IRA) | A | Dividend | L | T | | | | | |
| 24. SHARES BARCLAYS TIP (RJ IRA) | B | Dividend | K | T | | | | | |
| 25. SHARES BARCLAYS 1-3 YEAR TREASURY (RJ IRA) | A | Dividend | K | T | | | | | |
| 26. SHARES MSCI EAFE (RJ IRA) | B | Dividend | K | T | | | | | |
| 27. JP MORGAN VALUE ADVANTAGE (RJ IRA) | A | Dividend | L | T | | | | | |
| 28. VANGUARD TOTAL STOCK MARKET (RJ IRA) | B | Dividend | M | T | | | | | |
| 29. SPRINT STOCK (RJ) | | None | K | T | | | | | |
| 30. CASH ACCOUNT (RJ IRA) | A | Interest | K | T | | | | | |
| 31. CASH ACCOUNT (RJ) | A | Interest | K | T | Redeemed | | L | A | |
| 32. US TREASURY STRIP (RJ IRA) | A | Dividend | K | T | | | | | |
| 33. FIDELITY MUNICIPAL INCOME FD (RJ) | B | Dividend | K | T | | | | | |
| 34. CENTURY LINK STOCK (RJ) | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 10/3/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALLY BANK | C | Int./Div. | M | T | | | | | |
| 36. DISCOVER BANK | B | Interest | L | T | | | | | |
| 37. THE BOND FUND OF AMERICA -529A, -654 | A | Dividend | J | T | | | | | |
| 38. U.S. GOVERNMENT SECURITIES -529A, -654 | A | Dividend | | | Sold | 7/10/12 | J | A | |
| 39. AMERICAN FUND MONEY MARKET -529A, -654 | A | Dividend | J | T | | | | | |
| 40. THE GROWTH FUND OF AMERICA -529A, -654 (Y) | | | | | | | | | |
| 41. NEW PERSPECTIVE -529A, -061 | A | Dividend | J | T | | | | | |
| 42. WASHINGTON MUTUAL INVESTORS -529A, -061 | A | Dividend | J | T | | | | | |
| 43. THE BOND FUND OF AMERICA -529A, -061 | B | Dividend | K | T | | | | | |
| 44. U.S. GOVERNMENT SECURITIES -529A, -061 | B | Dividend | K | T | | | | | |
| 45. #AMERICAN FUND MONEY MARKET -529A, -061 | A | Dividend | J | T | Buy | | J | | |
| 46. BLACKROCK GLOBAL ALLOCATION (RJ IRA) | A | Dividend | K | T | | | | | |
| 47. #FIDELITY ADVISOR FLOATING RATE (RJ IRA) | B | Dividend | K | T | | | | | |
| 48. Morrisine Tynes Irving loan | | None | | | Redeemed | 9/21/12 | J | A | M. Irving |
| 49. Shares 0-5 TIPS (RJ IRA) | A | Dividend | K | T | | | | | |
| 50. JPMorgan Strategic Income (RJ IRA) | B | Dividend | K | T | | | | | |
| 51. Fidelity Advisor Intermediate Muni (RJ) | B | Dividend | M | T | Buy | 05/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, RICHARD W. | 10/3/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 6/20/12 | J | | |
| 53. | | | | | Buy | 7/18/12 | J | | |
| 54. | | | | | Buy | 8/20/12 | J | | |
| 55. | | | | | Buy | 9/19/12 | J | | |
| 56. | | | | | Buy | 10/18/12 | J | | |
| 57. | | | | | Buy | 11/20/12 | J | | |
| 58. | | | | | Buy | 12/19/12 | J | | |
| 59. John Hancock Global Shareholder (RJ) | B | Dividend | L | | | | | | |
| 60. JUSTICE FCU POA ACCOUNT | B | Interest | N | T | | | | | |
| 61. CITIBANK POA ACCOUNTS | A | Interest | M | T | | | | | |
| 62. Gerald Butler loan | | None | J | T | | 3/15/12 | J | | Gerald Butler |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, RICHARD W.** | 10/3/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 15-16. Stock options were repriced in 2010, and 2012 saw significant appreciation in stock. The values for these two holdings increased significantly.

VII. 17. The small remainder in the account for the Estate #2 closed in 2008 was distributed to the 2 heirs.

VII. 19, 20, 21. "JL" means held by Johnston Lemon.

VII. 22-34, 46, 47, 49-59. "RJ" means held by Raymond James.

VII. 31. D. 2 The transactions occurred on various dates in 2012.

VII. 33. D. The original report mistakenly attributed to this fund transactions that should have been attributed to the fund on line 51 of the original (and this amended) report.

VII. 62. D.1 Loan extended to Gerald Butler.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ RICHARD W. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544